UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** July 21, 2021 | **Time:** 10 minutes | **Judge:** RICHARD SEEBORG |
| **Case No.:** 19-cr-00376-RS-3 | **Case Name:** USA v. Cooper Lee | |

**Attorney for Government:** Lloyd Farnham, Sheila Armbrust
**Attorney for Defendant:** Adam Gasner
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Marla Knox |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Change of Plea Hearing Held via Zoom/Videoconference.

## SUMMARY

Court proceedings held by zoom. Due to the COVID-19 pandemic, all parties consent to proceed by zoom. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Defendant sworn in by clerk.  The defendant plead guilty to Count 1 of the Indictment.  Court accepted the plea and referred the case to the U.S.  Probation Office for preparation of a presentence report.  Plea agreement filed with the Court.

**CASE CONTINUED TO:  December 7, 2021 at 9:30 am** for Sentencing to be held in Courtroom #3, 17th Floor.